UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------- x

IN THE MATTER OF THE APPOINTMENT

OF

Criminal Justice Act Panel for
Foley Square and White Plains
And
Capital Case Panel

------------------------------------------------- x

**15 MISC 0 4 0 7**

ORDER

M10-468



The following attorneys are hereby appointed to the Criminal Justice Act Panel serving the Foley Square Courthouse, the White Plains Courthouse, the Capital Case Panel, and the Habeas Panel for a three (3) year term commencing January 1, 2016 and expiring on December 31, 2018. This order is issued pursuant to a resolution of the Board of Judges approved on November 18, 2015.

## FOLEY SQUARE

| | | |
|---|---|---|
| Roland Acevedo | Aaron M. Goldsmith | Robert L. Peabody |
| Gary G. Becker | Samidh Guha | Peter Enrique Quijano © |
| Angus James Bell | William J. Harrington *** | Robert Radick*** |
| Marc P. Berger ** | [Richard Strassberg] | [Richard Albert] |
| David K. Bertan | Justine A. Harris | David M. Rody * |
| Eric R. Breslin | Victor L. Hou | Richard H. Rosenberg |
| Peter E. Brill | Patrick J. Joyce | Edward V. Sapone |
| Dawn M. Cardi | John F. Kaley | Lawrence Schoenbach |
| Neil B. Checkman | Bruce Kevin Kaye | Calvin H. Scholar |
| Lori Cohen | John Kenney | Jill R. Shellow |
| Deborah Colson | Marlon G. Kirton | Ezra Spilke |
| Christopher Conniff ** | Bryan Konoski | Renato C. Stabile |
| James R. DeVita | Christopher LaVigne | William J. Stampur |
| Mitchell Dinnerstein © | Richard B. Lind | Sanford N. Talkin |
| Xavier R. Donaldson | Ira D. London | Susan V. Tipograph |
| Lawrence Dubin | Richard J. Ma | David Touger |
| Donald D. duBoulay | Christopher Paul Madiou | Timothy J. Treanor * |
| Bennett M. Epstein | J. Bruce Maffeo | Michael Tremonte |
| Lloyd Epstein | Nathaniel Z. Marmur | Susan J. Walsh |
| Louis M. Freeman © | Avraham C. Moskowitz© | Steven M. Witzel # |
| Glenn A. Garber | Russell T. Neufeld © | |
| Lawrence Gerschwer # | Thomas Hamilton Nooter | |
| Michael J. Gilbert | Richard Palma | |
| | Inga L. Parsons | |

© Applicant is also on Capital Case Panel
* Applicants share position; **Applicants share position; #Applicants share position
*** Applicant shares one spot with present panel member indicated in brackets.

In The Matter of the Appointment of Criminal Justice Act Panel for Foley Square and White Plains and Capital Case Panel

### WHITE PLAINS

James DeVita
Theodore S. Green
Daniel A. Hochheiser
Bruce D. Koffsky
Stephen R. Lewis
Paul P. Rinaldo
Andrew A. Rubin
Howard E. Tanner
Richard Willstatter

### CAPITAL CASE PANEL

Mitchell Dinnerstein
Louis M. Freeman
Avraham C. Moskowitz
Russell T. Neufeld
Peter Enrique Quijano

### HABEAS PANEL - No New Members

SO ORDERED.

_____
LORETTA A. PRESKA
Chief Judge

Dated:      December 16, 2015
            New York, New York

h:\cja\2016 Panel\Order Appointing CJA Panel.wpd